IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-383-FL

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **DEFENDANT'S MOTION TO DISMISS** ) |
| YOUSICIAN OY, | ) ) ) |
| Defendant. | ) ) |

Defendant Yousician OY ("Defendant" or "Yousician") respectfully moves to dismiss the Complaint of Plaintiffs Ubisoft Entertainment, S.A. and Ubisoft, Inc. (collectively "Plaintiffs") pursuant to 35 U.S.C. § 101 and Federal Rule of Civil Procedure 12(b)(6) because the claims of the asserted patent are directed to the abstract idea of teaching guitar by evaluating a user's performance and generating appropriate exercises to improve that performance. The claims do not include any additional limitations to transform this unpatentable abstract idea into a patent-eligible invention. In further support of this Motion, Defendant Yousician OY refers to and incorporates herein its Memorandum of Law in Support of Defendant's Motion to Dismiss, which is being filed contemporaneously herewith.

WHEREFORE, for all of the above reasons and those set forth in the Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant Yousician OY respectfully requests that the Court dismiss Plaintiffs' Complaint.

Respectfully submitted this the 29th day of November, 2018.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Fax:    (919) 834-4564
Email: christhomas@parkerpoe.com
*Local 83.1 Counsel for Defendant*

Jonathan Hangartner
X-PATENTS, APC
5670 La Jolla Boulevard
La Jolla, California 92037
Phone: (858) 454-4313
Fax:    (858)
Email: jon@x-patents.com
(Special Appearance Forthcoming)

Amy Allen Hinson
S.C. Bar No. 73919
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, SC 29601
Phone: (864) 577-6370
Fax: (864) 242-9888
Email: amyhinson@parkerpoe.com
(Special Appearance Forthcoming)

*Counsel for Defendant*

# **CERTIFICATE OF SERVICE**

I certify that on this day the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send notice to all parties addressed as follows:

>Jennifer K. Van Zant
>Brooks Pierce McLendon Humphrey & Leonard, L.L.P.
>P.O. Box 26000 (Zip 27420)
>230 North Elm Street, Suite 2000
>Greensboro, NC 27401
>Email: jvanzant@brookspierce.com

This the 29th day of November, 2018.

>/s/ Christopher M. Thomas
>Christopher M. Thomas
>N.C. Bar No. 31834
>PARKER POE ADAMS & BERNSTEIN LLP
>301 Fayetteville Street, Suite 1400
>Raleigh, North Carolina 27601
>Phone: (919) 828-0564
>Fax: (919) 834-4564
>Email: christhomas@parkerpoe.com
>
>*Local 83.1 Counsel for Defendant*