UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. </br>            Plaintiffs, </br></br> v. </br></br></br> YOUSICIAN OY </br>            Defendant. | ) </br> ) </br> ) </br> ) </br> ) **JUDGMENT** </br> ) </br> ) No. 5:18-CV-383-FL </br> ) </br> ) </br> ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 9, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on August 9, 2019, and Copies To:**
Eric A. Buresh / Michelle L. Marriott / Amanda M. Whorton / Mark C. Lang / Jennifer K. Van Zant                   (via CM/ECF Notice of Electronic Filing)
Christopher M. Thomas  (via CM/ECF Notice of Electronic Filing)

August 9, 2019                           PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk